```
                                            FILED
                                      U.S. DISTRICT COURT
                                      DISTRICT OF WYOMING

                                          JAN 11 2010

                                       Stephan Harris, Clerk
                                             Casper
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Criminal No. 10 CR006-D |
| v. | ) |
| DANIEL R. UNDERWOOD, | ) |
| Defendant. | ) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about December 4, 2009, in the District of Wyoming, the Defendant, **DANIEL R. UNDERWOOD,** having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Remington Rifle, Model 592M, 5mm caliber, which had previously traveled in and affected interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

### COUNT TWO

On or about December 4, 2009, in the District of Wyoming, the Defendant, **DANIEL R. UNDERWOOD,** having previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, knowingly possessed eleven rounds of 5mm caliber ammunition, which had previously traveled in and affected interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

**DATED** this 11th day of January, 2010.

                                      CHRISTOPHER A. CROFTS
                                      United States Attorney

By:      _____
                                      STEPHANIE I. SPRECHER
                                      Assistant United States Attorney

## PENALTY SUMMARY

**DATE:** January 11, 2010

**DEFENDANT NAME:** DANIEL R. UNDERWOOD

**VICTIM:** No

**OFFENSE AND PENALTIES:**

| | | |
|---|---|---|
| **OFFENSE:** | **Count 1:** | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Felon in Possession of a Firearm) |
| PENALTIES: | | 0-10 YEARS IMPRISONMENT<br>$250,000 FINE<br>3 YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| **OFFENSE:** | **Count 2:** | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Felon in Possession of Ammunition) |
| PENALTIES: | | 0-10 YEARS IMPRISONMENT<br>$250,000 FINE<br>3 YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| **TOTALS:** | | 0-20 YEARS IMPRISONMENT<br>$500,000 FINE<br>3 YEARS SUPERVISED RELEASE<br>$200 SPECIAL ASSESSMENT |

**AGENT:** John Powley/ATF         **AUSA:** Stephanie I. Sprecher

**ESTIMATED TIME OF TRIAL:**         **INTERPRETER NEEDED:**

✔ five days or less            ___ Yes
___ over five days             ✔ No
___ other

**THE GOVERNMENT:**

✔ will

___ will not

___ The court should not grant bond because the defendant is not bondable because there are detainers from other jurisdictions

**SEEK DETENTION IN THIS CASE.**